```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 00595
   FRANK COOPER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6351


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/07/2004 and was confirmed 03/22/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  96.00%.

     The case was dismissed after confirmation 02/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED              7148.64      1424.16         7148.64
FORD MOTOR CREDIT          UNSEC W/INTER NOT FILED               .00             .00
BETHANY HOSPITAL           UNSEC W/INTER NOT FILED               .00             .00
AT & T WIRELESS            UNSEC W/INTER NOT FILED               .00             .00
CAPITAL ONE BANK           UNSEC W/INTER     693.80            98.61          367.30
ECAST SETTLEMENT CORP      UNSEC W/INTER     373.10            57.22          197.29
ECAST SETTLEMENT CORP      UNSEC W/INTER    6400.32           975.20         3388.71
ECAST SETTLEMENT CORP      UNSEC W/INTER    2070.20           315.39         1096.08
HOME DEPOT CREDIT SERVIC   UNSEC W/INTER NOT FILED               .00             .00
ECAST SETTLEMENT CORP      UNSEC W/INTER    8984.72          1368.88         4757.03
ECAST SETTLEMENT CORP      UNSEC W/INTER    1167.40           177.83          618.08
ECAST SETTLEMENT CORP      UNSEC W/INTER    1068.98           162.90          565.98
ECAST SETTLEMENT CORP      UNSEC W/INTER    1047.52           159.60          554.63
WEST SUBURBAN HOSPITAL M   UNSEC W/INTER NOT FILED               .00             .00
ECAST SETTLEMENT CORP      UNSEC W/INTER     246.72            38.19          130.30
CITIBANK                   NOTICE ONLY           .00             .00             .00
RJM AQUISITIONS FUNDING    UNSEC W/INTER      47.56             3.74           11.95
LEGAL REMEDIES CHARTERED   DEBTOR ATTY      2,200.00                         2,200.00
TOM VAUGHN                 TRUSTEE                                           1,493.72
DEBTOR REFUND              REFUND                                              609.57

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                27,921.00

PRIORITY                                          .00
SECURED                                      7,148.64
    INTEREST                                 1,424.16
UNSECURED                                   11,687.35
    INTEREST                                 3,357.56

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 00595 FRANK COOPER
```

```
ADMINISTRATIVE                                              2,200.00
TRUSTEE COMPENSATION                                        1,493.72
DEBTOR REFUND                                                 609.57
                              ---------------        ---------------
TOTALS                              27,921.00              27,921.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 05/23/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE